992 So.2d 412 (2008)
Michael K. BUSH, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-2229.
District Court of Appeal of Florida, Third District.
October 15, 2008.
Bennett H. Brummer, Public Defender, and Howard K. Blumberg, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Michael C. Greenberg, Assistant Attorney General, for appellee.
Before COPE, SUAREZ, and LAGOA, JJ.
PER CURIAM.
Affirmed. § 90.901, Fla. Stat. (2005); Charles W. Ehrhardt, Florida Evidence §§ 901.1-901.2 (2007).